# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| H-D U.S.A., LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 21-cv-02160 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Beth W. Jantz** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3), and Motion for Leave to File Under Seal (the "Motions").

Pursuant to the Tenth Amended General Order 20-0012, Plaintiff has not noticed the Motions for a hearing, but Plaintiff is available for a telephonic hearing if requested by the Court.

Dated this 22nd day of April 2021.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*